UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| AMAGIC HOLOGRAPHICS INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) Ct. No. 20-00594 |
| UNITED STATES ET AL, | ) (and Attached Schedule) <br> ) |
| Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(e) of the Rules of the United States Court of International Trade, Wenhui (Flora) Ji, who appeared as counsel for Plaintiff Amagic Holographics Inc., in this action, and as counsel for the parties indicated in the actions listed on the attached schedule, no longer appears as attorney of record.

Dated: June 30, 2022

/s/Jill A. Cramer
Jill A. Cramer
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW, Suite 810
Washington, D.C. 20015
202-688-3610
trade@mowrygrimson.com
*Counsel to Amagic Holographics Inc.*

## Schedule to Notice of Withdrawal of Attorney of Record

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 1:20-cv-00594-3JP | Amagic Holographics Inc. v. United States et al | Amagic Holographics Inc. |
| 1:20-cv-00633-3JP | Argo Fine Imports, LLC v. United States et al | Argo Fine Imports, LLC |
| 1:20-cv-00638-3JP | Kimball Electronics Inc. et al v. United States et al | Kimball Electronics Group LLC, Kimball Electronics Inc., Kimball Electronics Indianapolis Inc., Kimball Electronics Mexico Inc., Kimball Electronics Tampa Inc. |
| 1:20-cv-00653-3JP | Bernhardt Furniture Company v. United States et al | Bernhardt Furniture Company |
| 1:20-cv-00660-3JP | Kimball International, Inc. et al v. United States et al | Kimball Furniture Group LLC, Kimball Furniture Group, Inc., Kimball Hospitality, Inc., Kimball International, Inc., Kimball Office Inc, Kimball Office Kimball Furniture Group Inc., National Office Furniture Inc. |
| 1:20-cv-00667-3JP | Bond Manufacturing Co Inc. v. United States et al | Bond Manufacturing Co Inc. |
| 1:20-cv-00676-3JP | Laminate Technologies, Inc. v. United States et al | Laminate Technologies, Inc. |
| 1:20-cv-00683-3JP | Composite Technology Intl Ltd. v. United States et al | Composite Technology Intl Ltd. |
| 1:20-cv-00692-3JP | Kuka Furniture et al v. United States et al | Jason Furniture (Hangzhou) Co., Kuka (HK) Trade Co., Limited, Kuka Furniture |
| 1:20-cv-00717-3JP | Disson Company v. United States et al | Disson Company |

| | | |
|---|---|---|
| 1:20-cv-00732-3JP | Marine Lumber Co. v. United States et al | Marine Lumber Co. |
| 1:20-cv-00742-3JP | Elberta Crate & Box Co. v. United States et al | Elberta Crate & Box Co. |
| 1:20-cv-00751-3JP | Melissa & Doug LLC v. United States et al | Melissa & Doug LLC |
| 1:20-cv-00760-3JP | Fabuwood Cabinetry Corporation v. United States et al | Fabuwood Cabinetry Corporation |
| 1:20-cv-00771-3JP | New Design Concepts Inc. v. United States et al | New Design Concepts Inc. |
| 1:20-cv-00780-3JP | Northwest Hardwoods, Inc. v. United States et al | Northwest Hardwoods, Inc. |
| 1:20-cv-00781-3JP | Fredman Bros. Furniture Company, Inc. v. United States et al | Fredman Bros. Furniture Company, Inc. |
| 1:20-cv-00796-3JP | Orbit Irrigation Products, LLC v. United States et al | Orbit Irrigation Products, LLC |
| 1:20-cv-00810-3JP | Patriot Timber Products, Inc. v. United States et al | Patriot Timber Products, Inc. |
| 1:20-cv-00821-3JP | RAK Industries, Inc. v. United States et al | RAK Industries, Inc. |
| 1:20-cv-00836-3JP | Hillsdale Furniture, LLC v. United States et al | Hillsdale Furniture, LLC |
| 1:20-cv-00839-3JP | Service Metal Products Co. v. United States et al | Service Metal Products Co. |
| 1:20-cv-00853-3JP | HMC Holdings LLC v. United States et al | HMC Holdings LLC |

| | | |
|---|---|---|
| 1:20-cv-00872-3JP | Synergy Home Furnishings, LLC v. United States et al | Synergy Home Furnishings, LLC |
| 1:20-cv-00873-3JP | Holland Southwest International Inc. v. United States et al | Holland Southwest International Inc. |
| 1:20-cv-00884-3JP | Taraca Pacific Inc. v. United States et al | Taraca Pacific Inc. |
| 1:20-cv-00897-3JP | Hooker Furniture Corporation et al v. United States et al | Home Meridian International, Hooker Furniture Corporation |
| 1:20-cv-00903-3JP | Total Sweeteners, Inc. v. United States et al | Total Sweeteners, Inc |
| 1:20-cv-00925-3JP | UFP International, LLC et al v. United States et al | Deckorators, Inc., IDX Corporation, Maine Ornamental LLC, UFP Distribution LLC, UFP International, LLC, UFP Ventures II Inc. |
| 1:20-cv-00926-3JP | Floor and Decor Outlets of America, Inc. et al v. United States et al | FD Sales Company LLC, Floor and Decor Outlets of America, Inc. |
| 1:20-cv-00953-3JP | Universal Furniture International et al v. United States et al | Craftmaster Furniture, Lacquer Craft Hospitality Inc., Legacy Classic Furniture, Universal Furniture International |
| 1:20-cv-00974-3JP | USPLY LLC v. United States et al | USPLY LLC |
| 1:20-cv-00993-3JP | Value City Furniture v. United States et al | Value City Furniture |
| 1:20-cv-01020-3JP | International Tool Boxes Corporation et al v. United States et al | International Tool Boxes Corporation, Sealine Export & Import Limited |
| 1:20-cv-01028-3JP | Forest City Trading Group, LLC et al v. United States et al | American International Forest Products, LLC, Buckeye Pacific LLC, Forest City Trading Group, LLC, Gopher Mats LLC, Gopher Mats, LLC, Olympic Industries Inc., Richmond International Forest Products, LLC, Seaboard |

| | | |
|---|---|---|
| | | International Forest Products, LLC |
| 1:20-cv-01097-3JP | Blue Marble Brands et al v. United States et al | Blue Marble Brands, SUPERVALU Inc., SUPERVALU International, SUPERVALU Wholesale Operations, Inc. |
| 1:20-cv-01119-3JP | Belwith Products, LLC v. United States et al | Belwith Products, LLC |
| 1:20-cv-01120-3JP | Wirepath Home Systems et al v. United States et al | Control4 Corporation, Sunbrite TV, LLC, Wirepath Home Systems |
| 1:20-cv-01133-3JP | Midwest Custom Bottling LLC v. United States et al | Midwest Custom Bottling LLC |
| 1:20-cv-01144-3JP | Target General Merchandise, Inc. et al v. United States et al | Target General Merchandise, Inc., Target Stores, Inc. |
| 1:20-cv-01152-3JP | Man Wah (Macao Commercial Offshore) Ltd. et al v. United States et al | Man Wah (Macao Commercial Offshore) Ltd., Man Wah (USA), Inc. |
| 1:20-cv-01183-3JP | Klaussner Furniture Industries, Inc. et al v. United States et al | Klaussner Furniture Industries, Inc., Klaussner International LLC |
| 1:20-cv-01217-3JP | Magnussen Home Furnishings, Inc. v. United States et al | Magnussen Home Furnishings Inc. |
| 1:20-cv-01251-3JP | Liberty Furniture Industries, Inc. v. United States et al | Liberty Furniture Industries, Inc. |
| 1:20-cv-01257-3JP | A.R.T. Furniture Inc. et al v. United States et al | A.R.T. Furniture Inc., JC Designs Inc., Rowe Fine Furniture Inc., Schnadig International Corporation |
| 1:20-cv-01286-3JP | Advance Apparel International Inc. et al v. United States et al | Advance Apparel International Inc., Time Tex International Inc. |

| | | |
|---|---|---|
| 1:20-cv-01313-3JP | Right Brain Materials LLC v. United States et al | Right Brain Materials LLC |
| 1:20-cv-02412-3JP | Lurline Bay, LLC v. United States et al | Lurline Bay, LLC |
| 1:20-cv-02868-3JP | Broadview Packaging Inc. v. United States et al | Broadview Packaging Inc. |
| 1:20-cv-02914-3JP | Trayton America, Inc. et al v. United States et al | Trayton America, Inc., Trayton Furniture (Hong Kong) Limited |
| 1:20-cv-03053-3JP | Beijing Bell Plumbing Manufacturing Ltd. et al v. United States et al | Beijing Bell Plumbing Manufacturing Ltd., Beijing Better Products International Ltd. |
| 1:20-cv-03629-3JP | Hobie Cat Company et al v. United States et al | Hobie Cat Company, Hobie Cat Company II, LLC |
| 1:21-cv-00052-3JP | In Re Section 301 Cases | All Plaintiffs (Sec. 301 Master Case) |
| 1:21-cv-00063-N/A | Richmond International Forest Products LLC v. United States | Richmond International Forest Products LLC |
| 1:21-cv-00178-MMB | Richmond International Forest Products LLC v. United States et al | Richmond International Forest Products LLC |
| 1:21-cv-00318-N/A | Richmond International Forest Products LLC v. United States et al | Richmond International Forest Products LLC |
| 1:21-cv-00319-N/A | Richmond International Forest Products LLC v. United States et al | Richmond International Forest Products LLC |
| 1:20-cv-00032-TCS-JCG-MMB | PrimeSource Building Products, Inc. v. United States et al | PrimeSource Building Products, Inc. |